■ In the Matter of MICHELLE GRIFFIN, Petitioner, v NEW YORK CITY DEPARTMENT OF CORRECTION et al., Respondents.—

While the matter was improperly transferred to this Court pursuant to CPLR 7804 (g), it must be dismissed. When an employee chooses to appeal a disciplinary determination to the Civil Service Commission pursuant to Civil Service Law § 76, substantial evidence and arbitrary and capricious standards of review are not applicable; neither is the penalty subject to review *(Matter of New York City Dept. of Envtl. Protection v New York City Civ. Serv. Commn.,* 78 NY2d 318, 323). Under Civil Service Law § 76 (3), the Commission's determination is "final and conclusive," making judicial review available only if a constitutional right is implicated, or the agency has acted illegally, unconstitutionally, or in excess of its jurisdiction. Such is not the case here. Concur—Murphy, P. J., Ellerin, Wallach and Smith, JJ.